IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD A. NESMITH | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-1374 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| STONER LAW OFFICE LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 5, 2020, the Magistrate Judge issued a Report (Doc. 8) recommending that Plaintiff's Complaint (Doc. 3) be dismissed for failure to prosecute. Service of the Report and Recommendation ("R&R") was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Plaintiff's Complaint (**Doc. 3**) is **DISMISSED**; and the Magistrate Judge's R&R (Doc. 8) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

April 2, 2021

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. Mail):

Richard A. Nesmith
77D Colonial Oaks Apts.
Beaver Falls, PA 15010